JOSEPH CAMPBELL et al., as Executors of WILLIAM CAMPBELL, Deceased, Appellants, *v.* NEW YORK LIFE INSURANCE COMPANY, Respondent.

*Campbell* v. *New York Life Ins. Co.*, 14 App. Div. 611, affirmed.
(Argued October 10, 1899; decided October 27, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 8, 1897, upon an order affirming a judgment in favor of defendant entered upon a verdict, and an order denying a motion for a new trial.

*B. C. Chetwood* for appellants.

*William B. Hornblower* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur.